

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————————

No. 02-23-00279-CV

————————————————————

IN RE C.K., Relator

———————————————————————————————

Original Proceeding
235th District Court of Cooke County, Texas
Trial Court No. CV22-00364

———————————————————————————————

Before Sudderth, C.J.; Bassel and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and request for temporary emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and request for temporary emergency relief are denied.

Per Curiam

Delivered: September 15, 2023